# EXHIBIT 2

**VIRGINIA: IN THE CIRCUIT COURT OF THE COUNTY OF ARLINGTON**

| | |
|---|---|
| **MIKE CLINE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: CL23004185-00 |
| | ) |
| **BOSTON COLLEGE UNIVERSITY** | ) |
| **BOSTON COLLEGE ATHLETICS** | ) |
| **BOSTON COLLEGE FOOTBALL** | ) |
| **BOSTON COLLEGE ATHLETIC** | ) |
| **TRAINING STAFF,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal (attached hereto as <u>Exhibit A</u> without the exhibits) removing this action from the Circuit Court for the County of Arlington, Virginia to the United States District Court for the Eastern District of Virginia, Alexandria Division was filed on the 21st day of March, 2025, in the United States District Court for the Eastern District of Virginia, Alexandria Division.  Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

        TRUSTEES OF BOSTON COLLEGE
        BOSTON COLLEGE ATHLETICS
        BOSTON COLLEGE FOOTBALL
        BOSTON COLLEGE ATHLETIC TRAINING
         STAFF


        By    /s/ Dabney J. Carr
            Of Counsel

Dabney J. Carr (VSB No. 28679)
TROUTMAN PEPPER LOCKE LLP
Post Office Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
(804) 697-1339 (facsimile)
dabney.carr@troutman.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2025, a true and correct copy of the foregoing was sent by email, by certified mail, return receipt requested and by overnight mail to:

> Mike Cline
> 170 NE 2nd Street #871
> Boca Raton, FL 33432
> MikeCline89@gmail.com

/s/ Dabney J. Carr
Dabney J. Carr (VSB No. 28679)
TROUTMAN PEPPER LOCKE LLP
Post Office Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
(804) 697-1339 (facsimile)
dabney.carr@troutman.com

Counsel for Defendants