**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **MIKE CLINE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:25-cv-500 |
| ) | |
| **BOSTON COLLEGE UNIVERSITY** ) | |
| **BOSTON COLLEGE ATHLETICS** ) | |
| **BOSTON COLLEGE FOOTBALL** ) | |
| **BOSTON COLLEGE ATHLETIC** ) | |
| **TRAINING STAFF,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, Defendants Trustees of Boston College a/k/a Boston College (incorrectly sued as "Boston College University"), Boston College Athletics, Boston College Football and Boston College Athletic Training Staff, by and through its undersigned counsel, hereby states that Boston College is a not-for-profit institution of higher education and research, and the other. The remaining defendants are all part of Boston College and are not separate legal entities. None of the Defendants have parent corporations or stock. Thus, no publicly held corporation owns 10% or more of any Defendants' stock within the meaning of Federal Rule of Civil Procedure 7.1.

                        TRUSTEES OF BOSTON COLLEGE
                        BOSTON COLLEGE ATHLETICS
                        BOSTON COLLEGE FOOTBALL
                        BOSTON COLLEGE ATHLETIC TRAINING
                         STAFF

                        By <u>/s/ Dabney J. Carr</u>
                            Of Counsel

Dabney J. Carr (VSB No. 28679)
TROUTMAN PEPPER LOCKE LLP
Post Office Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
(804) 697-1339 (facsimile)
dabney.carr@troutman.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

I further certify that on this 21st day of March 2025, a true and correct copy of the foregoing was sent by email, by certified mail, return receipt requested and by overnight mail to:

> Mike Cline
> 170 NE 2nd Street #871
> Boca Raton, FL 33432
> mikecline89@gmail.com

　　　　　　　　　　　　　　　　　　/s/ Dabney J. Carr
　　　　　　　　　　　　　　　　　　Dabney J. Carr (VSB No. 28679)
　　　　　　　　　　　　　　　　　　TROUTMAN PEPPER LOCKE LLP
　　　　　　　　　　　　　　　　　　Post Office Box 1122
　　　　　　　　　　　　　　　　　　Richmond, Virginia 23218-1122
　　　　　　　　　　　　　　　　　　(804) 697-1200
　　　　　　　　　　　　　　　　　　(804) 697-1339 (facsimile)
　　　　　　　　　　　　　　　　　　dabney.carr@troutman.com

　　　　　　　　　　　　　　　　　　Counsel for Defendants