# EXHIBIT 3

**AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH**
Commonwealth of Virginia    VA. CODE §§ 8.01-301, -310, -329; 55-218.1; 57-51

Case No. CL23004185

17TH JUDUCIAL CIRCUIT COURT OF VIRGINIA ............ Circuit Court

MIKE CLINE                v.    BOSTON COLLEGE, BC ATHLETICS, BC FOOTBALL,
KEVIN CLINE                     BC ATHLETIC TRAINER, et al.

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments:    [*] Summons and Complaint    [ ] Notice
                                              [ ] ...........

I, the undersigned Affiant, state under oath that
[ ] the above-named defendant    [×] BC OFFICE OF GENERAL COUNSEL ATTN: JOSEPH SCHOTT 14 MAYFLOWER RD CHESTNUT HILL, MA 02467
whose last known address is    [ ] same as above  [ ] .............

1. [×] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) applies (see NON-RESIDENCE GROUNDS REQUIREMENT on page 2).
2. [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT ON BACK)

.......... is the hearing date and time on the attached process or notice (if applicable).

29 Jan 2025
DATE    [×] PARTY  [ ] PARTY'S ATTORNEY  [ ] PARTY'S AGENT  [ ] PARTY'S REGULAR AND *BONA FIDE* EMPLOYEE

State of FLORIDA    [ ] City [×] County of PALM BEACH

Acknowledged, subscribed and sworn to before me this day by Mike Cline
PRINT NAME OF SIGNATORY

ROLANDE M. RENAUD
Commission # HH 273277
Expires October 5, 2026

1/29/2025
DATE    [ ] CLERK    [ ] MAGISTRATE    [×] NOTARY PUBLIC
Notary Registration No. HH 273277    My commission expires: 10/05/2026

[*] Verification by the clerk of court of the date of filing of the certificate of compliance is requested. A self-addressed stamped envelope was provided to the clerk at the time of filing this Affidavit.

NOTICE TO THE RECIPIENT from the Office of the Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE WHEN SERVICE IS MADE ON THE SECRETARY OF THE COMMONWEALTH.

**CERTIFICATE OF COMPLIANCE**
I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On FEB 20 2025 ........., legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On FEB 25 2025 ........., papers described in the Affidavit and a copy of this Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED
BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM CC-1418 (MASTER PAGE ONE OF TWO) 07/13