# EXHIBIT 4

CM23001302-00

FILED by Arlington County Circuit Court
09/05/2023

COMMONWEALTH OF VIRGINIA   VA.CODE §§ 16.1-69.48:4; 17.1-606

**CASE IS**

Case No. CM23001302-00 MISC INFP

........17th Judicial........ Circuit Court

........Mike Cline........ v. ........Boston College and it's Traning Staff et al.........

The undersigned petitioner(s) request the court to permit the petitioner(s) to sue or defend a civil case in this court without the payment of fees or costs and to have from all officers all needful services and process. In support of the petition, the petitioner(s) state that the following information is true:

[ ] I currently receive the following type(s) of public assistance in ........................ CITY/COUNTY

  [ ] TANF $ ..........................   [ ] Medicaid   [ ] Supplemental Security Income $ ..........................

  [ ] SNAP (food stamps) $ ..........................   [ ] Other (specify type and amount) ..........................

[X] I currently do not receive public assistance.
[ ] I am represented in this matter by a legal aid society, an attorney appearing as counsel *pro bono*, or an attorney assigned to me or referred by a legal aid society.

Names and address of employer(s) for myself and spouse:

Self N/A

Spouse

RECEIVED
SEP - 5 2023
PAUL FERGUSON, CLERK
Arlington County Circuit Court
by _____ Deputy Clerk

| | Self | Spouse | |
|---|---|---|---|
| **NET INCOME:** | 0 | | |
| Pay period (weekly, every second week, twice monthly, monthly) | | | |
| Net take home pay (salary/wages, minus deductions required by law and tax withholdings) | $ 0.00 | | |
| Other income sources (please specify) | | | |
| | $ | | COURT USE ONLY |
| TOTAL INCOME | $ 0.00 + | = | A |
| **LIQUID ASSETS:** | | | |
| Cash on hand | $ 500.00 | | |
| Bank Accounts at: USAA | $ 000.00 | | |
| Any other liquid assets: (please specify) with a value of | $ 0.00 | | COURT USE ONLY |
| TOTAL ASSETS | $ 3,500.00 + | = | B |

__2__ Number in household I have financial responsibility for, including myself.

**EXCEPTIONAL EXPENSES** (Total Exceptional Expenses of Family)

Medical Expenses (list only unusual and continuing expenses) ......................... $ 0.00

Court-ordered support payments/alimony ......................... $ 0.00

  [ ] deducted from paycheck   [ ] not deducted from paycheck

Child-care payments (e.g. day care) ......................... $ 0.00

Other (describe):

.......................... } $ 0.00

TOTAL EXPENSES $ 0.00 = | | C

COLUMN "A" plus COLUMN "B" minus
COLUMN "C" equals available funds = | |

FORM CC-1414 (MASTER, PAGE ONE OF TWO) 07/21

ACKNOWLEDGEMENT

I understand that the court cannot provide me with legal advice, and that it may be advisable to get advice from a lawyer.

7/17/2023
DATE

SIGNATURE – PETITIONER

Mike Cline
PRINT NAME – PETITIONER

170 NE 2nd Street #871 Boca Raton, FL 33432
RESIDENCE ADDRESS OF PETITIONER

FORM CC-1414 (MASTER, PAGE TWO OF TWO) 02/23