IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MIKE CLINE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )　　Case No.: 1:25-cv-500 |
| | ) |
| BOSTON COLLEGE UNIVERSITY | ) |
| BOSTON COLLEGE ATHLETICS | ) |
| BOSTON COLLEGE FOOTBALL | ) |
| BOSTON COLLEGE ATHLETIC | ) |
|  TRAINING STAFF, | ) |
| | ) |
|    Defendants. | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, April 25, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Trustees of Boston College, Boston College Athletics, Boston College Football, and Boston College Athletic Training Staff, by counsel, will move the Court for the relief requested in their Motion to Dismiss.

TRUSTEES OF BOSTON COLLEGE
BOSTON COLLEGE ATHLETICS
BOSTON COLLEGE FOOTBALL
BOSTON COLLEGE ATHLETIC TRAINING
 STAFF


By /s/ Dabney J. Carr
    Of Counsel

Dabney J. Carr (VSB No. 28679)
TROUTMAN PEPPER LOCKE LLP
Post Office Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
(804) 697-1339 (facsimile)
dabney.carr@troutman.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2025, a true and correct copy of the foregoing was sent by email, by certified mail, return receipt requested and by overnight mail to:

> Mike Cline
> 170 NE 2nd Street #871
> Boca Raton, FL 33432
> MikeCline89@gmail.com

/s/ Dabney J. Carr
Dabney J. Carr (VSB No. 28679)
TROUTMAN PEPPER LOCKE LLP
Post Office Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
(804) 697-1339 (facsimile)
dabney.carr@troutman.com

Counsel for Defendants